Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Synergy Contractors Group LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  Synergy Contractors Group** <br> **DBA  Synergy Framing Services** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-2548576** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**8825 S 228th St**
**Kent, WA 98031**
Number, Street, City, State & ZIP Code

**King**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__2381__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case number (*if known*)

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 1, 2023**
_____
MM / DD / YYYY

**X** **/s/ Joshua Schaaf**                       **Joshua Schaaf**
_____                 _____
Signature of authorized representative of debtor    Printed name

Title   **CEO**
_____

**18. Signature of attorney**

**X** **/s/ Faye C. Rasch**                      Date   **June 1, 2023**
_____                         _____
Signature of attorney for debtor                         MM / DD / YYYY

**Faye C. Rasch**
_____
Printed name

**Wenokur Riordan PLLC**
_____
Firm name

**600 Stewart Street**
**Suite 1300**
**Seattle, WA 98101**
_____
Number, Street, City, State & ZIP Code

Contact phone   **2067240846**      Email address   **faye@wrlawgroup.com**
_____                    _____

**50491 WA**
_____
Bar number and State

Debtor name    **Synergy Contractors Group LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 1, 2023**      X **/s/ Joshua Schaaf**

Signature of individual signing on behalf of debtor

**Joshua Schaaf**
Printed name

**CEO**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Synergy Contractors Group LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................. $ _____0.00_

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................... $ ___829,668.92_

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................. $ ___829,668.92_

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ ___2,892,233.34_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ ___354,903.83_

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ ___1,213,108.32_

4. Total liabilities .......................................................................
    Lines 2 + 3a + 3b

    $ ___4,460,245.49_

Debtor name    **Synergy Contractors Group LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Seattle Credit Union** | **Business Savings** | **3703** | **$5.00** |
| 3.2. | **Seattle Credit Union** **Negative balance: -$56.00** | **Business Checking** | **3711** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$5.00** |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **8825, LLC (landlord) holding $75,365.67 in funds ($40,000.00 escrow and $35,375.67 in deposit)** | $75,365.67 |

9.   **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.       $75,365.67

---

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

 ☐ No. Go to Part 4.
 ■ Yes Fill in the information below.

11.   **Accounts receivable**

   11b. Over 90 days old:    **597,723.51**   -   **597,723.51**  =....    **$0.00**
           face amount      doubtful or uncollectible accounts

12.   **Total of Part 3.**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $0.00

---

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

 ■ No. Go to Part 5.
 ☐ Yes Fill in the information below.

---

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

 ■ No. Go to Part 6.
 ☐ Yes Fill in the information below.

---

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

 ■ No. Go to Part 7.
 ☐ Yes Fill in the information below.

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

 ■ No. Go to Part 8.
 ☐ Yes Fill in the information below.

---

**Part 8:** **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ☐ No. Go to Part 9.
 ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. | **2019 Ford F350 Super Duty Truck (VIN# 1FT8W3BT5KEG27728)** | $0.00 | $79,933.70 |
| 47.2. | **2005 GMC W4500 Flatbed (VIN: J8DC4B165557002713)** | $0.00 | $17,898.00 |
| 47.3. | **2007 freightliner flat bed knuckle boom truck** | $0.00 | $72,855.90 |
| 47.4. | **Trailer - 2022 Ironbull 822DO144** | $0.00 | $10,376.87 |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Stair Router - includes two 10' Long Gravity Roller Coneyors ($38,000); Dust Collection - 1900 cfm, 3 phrase, including flexibility hose clamps ($2,600); Jib Crane - Gorbel 1 Ton ($14,415); Easy Frame Saw Package ($75,000); 2011 Peterbilt Crane ($300,000); Used Vista 24" Undercut Chop Saw - Global Machinery Brokerage, Inc ($6,900); Used Hain 20' Measuring System Vista 24" chop saw ingersoll Rand ($5,750); 10' Infeed Conveyor ($275); 2 hp Dust Hog Collector ($0); Roller Conveyor 10' - Length 21" BF Steel (10,985.50); Total Steel (2) Angle, (2) Fork Extensions, (6) Sawhorses ($9,804.41); Safety Speed Cut Model 6400 Vertical Panel Saw with Silver Package ($13,287); 12' x 16' Framing Table (Panel Bridge Ready) ($45,612.50); Layup Table with Pop-Up Skatewheel Conveyors ($25,080); Used Viking Fastrac 12' Portable Sheathing Bridge with Max CN80 Coil Nailer ($4,750); Safety Speed Cut Model 6400 Vertical Panel Saw ($5,399); Handle Bar Router ($2,900); Roach 10' Staggered Skatewheel Conveyor ($4,960); Lumber Buddy - WorkSafeWorkSmart.com ($4,570.37)** | $0.00 | $570,288.78 |
| **Conexwest 20ft Used Standard Certified Cargo Worthy ISO Container (20' x 8' x 8'6")** | $0.00 | $2,945.00 |

**51.**    **Total of Part 8.**                                                                    | $754,298.25 |
          Add lines 47 through 50.  Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|----------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Synergy Contractors Group LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $75,365.67 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $754,298.25 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $829,668.92 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $829,668.92 |

Fill in this information to identify the case:

Debtor name **Synergy Contractors Group LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **360 Equipment Finance** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**2005 GMC W4500 Flatbed (VIN: J8DC4B165557002713)**              $13,524.31          $17,898.00

**300 Beardsley Land
Building D Suite 201
Austin, TX 78746**
Creditor's mailing address

**Describe the lien**
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/21**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **360 Equipment Finance** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**2019 Ford F350 Super Duty Truck (VIN# 1FT8W3BT5KEG27728)**              $70,585.01          $79,933.70

**300 Beardsley Land
Building D Suite 201
Austin, TX 78746**
Creditor's mailing address

**Describe the lien**
_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

| Debtor | **Synergy Contractors Group LLC** | Case number (if known) |
|--------|-----------------------------------|------------------------|
| | Name | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **360 Equipment Finance** | Describe debtor's property that is subject to a lien | $62,034.57 | $72,855.90 |
|-----|---------------------------|-----------------------------------------------------|------------|------------|

Creditor's Name

**300 Beardsley Land
Building D Suite 201
Austin, TX 78746**

Creditor's mailing address

**2007 freightliner flat bed knuckle boom truck**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Amur Equipment Finance** | Describe debtor's property that is subject to a lien | $41,878.64 | $0.00 |
|-----|----------------------------|-----------------------------------------------------|------------|-------|

Creditor's Name

**304 West 3rd St
Grand Island, NE 68801**

Creditor's mailing address

**M-20 Vista Angle Boss - Miter Saw; VertexBD Startup & Onboarding; Automated Marking System Software License;**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Blue Bridge Financial** | Describe debtor's property that is subject to a lien | $61,213.50 | $75,000.00 |
|-----|---------------------------|-----------------------------------------------------|------------|------------|

Creditor's Name

**Two Fountain Square
11921 Freedom Drive, Ste 1130
Reston, VA 20190**

Creditor's mailing address

**Easy Frame Saw**

**Describe the lien**
**UCC-1**

---

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Blue Bridge Financial** | | | |
|---|---|---|---|---|

Creditor's Name

**Two Fountain Square
11921 Freedom Drive, Ste 1130
Reston, VA 20190**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All items on Crane Tech, Inc. Invoice #24540 2022 Ironbull 822D014 SN: 50HFP2222N1062578**

$17,115.09      $24,219.41

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Channel Partners LLC** | | | |
|---|---|---|---|---|

Creditor's Name

**6433 Sycamore Ct
Osseo, MN 55369**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All personal assets now owned or hereafter acquired**

$0.00      $829,668.92

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/30/21**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

---

**2.8** | **John James**
Creditor's Name

**2929 Allen Pkwy Ste 3300
Houston, TX 77019**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**01/20/23**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**   $0.00   $829,668.92

**All personal property of every kind and
nature, including, without limitation, all
accounts, contract rights, rights to the
payment of money, insurance claims and
proceeds, chattel paper, electric chattel
paper, documents, instruments,..**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** | **Lignum Forest Products**
Creditor's Name

**PO Box 843595
Los Angeles, CA 90084**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**7/15/2022**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**   $111,126.33   $829,668.92

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 0** | **M2 Equipment Finance**
Creditor's Name

**175 N Patrick Blvd, Suite
140
Brookfield, WI 53045**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**   $23,752.00   $0.00

**EFA #117051 - Pro-Lam PL238WF Laminator
SN: 0721 and Canon Image PROGRAF TM-305
SN: BAKS04738 detailed and described on
Pacific Office Automation invoice 186762
dated 6.09.2021**

**Describe the lien**
**UCC-1**

---

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | | | |
|---|---|---|---|
| **Navitas Credit Corp** | **Describe debtor's property that is subject to a lien** | $2,821.70 | $0.00 |
| Creditor's Name | | | |
| **203 Fort Wade Road, Ste 300** | | | |
| **Ponte Vedra, FL 32081** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.1 2 | | | |
|---|---|---|---|
| **Umpqua Bank** | **Describe debtor's property that is subject to a lien** | $1,702,244.69 | $829,668.92 |
| Creditor's Name | **All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing...** | | |
| **7777 Alvarado Road Suite 515** | | | |
| **La Mesa, CA 91942** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **UCC-1** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |
| **06/27/22** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **5248** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |

Case 23-11023-TWD    Doc 1    Filed 06/01/23    Ent. 06/01/23 15:12:39    Pg. 17 of 63

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Umpqua Bank** | Describe debtor's property that is subject to a lien | $485,937.50 | $829,668.92 |
|---|---|---|---|---|

Creditor's Name

**7777 Alvarado Road Suite 515**
**La Mesa, CA 91942**
Creditor's mailing address

**Multi-Function Stair Router -Reconditioned Includes two 10' Long Gravity Roller Conveyors Dust Collection / Vacuum, 1900 cfm, 3-phase, including flexibly hose clamps Used Vista 24" Undercut Chop Saw Hain 20' Measuring System, left hand...**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**06/27/22**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**5289**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Umpqua Bank** | Describe debtor's property that is subject to a lien | $300,000.00 | $829,668.92 |
|---|---|---|---|---|

Creditor's Name

**7777 Alvarado Road Suite 515**
**La Mesa, CA 91942**
Creditor's mailing address

**All Inventory, Chattel Paper, Accounts, Equipment and General Intangibles; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing...**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**06/27/22**

Last 4 digits of account number
**5287**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,892,233.3**

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 6 of 7

Part 2: **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **First Foundation Bank**<br>**18101 Von Karmen Ave Ste 750**<br>**Irvine, CA 92612** | Line **2.6** | |
| **Miller Nash**<br>**2801 Alaskan Way, Ste 300**<br>**Seattle, WA 98121** | Line **2.12** | |
| **Miller Nash**<br>**2801 Alaskan Way, Ste 300**<br>**Seattle, WA 98121** | Line **2.13** | |
| **Miller Nash**<br>**2801 Alaskan Way, Ste 300**<br>**Seattle, WA 98121** | Line **2.14** | |
| **Schweet Linde**<br>**575 S Michigan St**<br>**Seattle, WA 98108** | Line **2.9** | |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Department of Labor & Industries**<br>**PO Box 34974**<br>**Seattle, WA 98124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$128,631.86** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number **6503**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Employment Security Department**<br>**PO Box 34949**<br>**Seattle, WA 98124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25.00** | **$0.00** |
| Date or dates debt was incurred<br>**2/1/2022** | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 23-11023-TWD   Doc 1   Filed 06/01/23   Ent. 06/01/23 15:12:39   Pg. 20 of 63

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,272.98 | $0.00 |
|---|---|---|---|---|

**WA Department of Revenue
Bankruptcy/Claims Unit
2101 4th Ave #1400
Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219,973.99 | $0.00 |
|---|---|---|---|---|

**WA Dept Labor & Industries
Collections
PO Box 44171
Olympia, WA 98504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/1/2022**

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $381,465.08 |

**7Gen Components LLC
PO Box 68882
Tukwila, WA 98168**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | $1,574.43 |
|---|---|---|

**Acy - Deucy Crane
3424 So. 256th St
Kent, WA 98032**

Date(s) debt was incurred  **4/18/2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | $11,716.35 |
|---|---|---|

**ADT Commercial
PO Box 382109
Pittsburgh, PA 15251**

Date(s) debt was incurred  **6/30/2022**

Last 4 digits of account number  **2465**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.33 |
|---|---|---|---|

**Alderwood Water & Wastewater**
PO Box 35113
Seattle, WA 98124-5113

Date(s) debt was incurred  **5/16/2022**

Last 4 digits of account number  **0003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,389.62 |
|---|---|---|---|

**Arrow Lumber & Hardware**
28280 Hwy 410 E
Buckley, WA 98321

Date(s) debt was incurred  **6/21/2022**

Last 4 digits of account number  **0813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,430.00 |
|---|---|---|---|

**Atlas Custom Framing**
22015 87th Ave W
Edmonds, WA 98026

Date(s) debt was incurred  **6/22/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,576.18 |
|---|---|---|---|

**AWB HealthChoice**
PO Box 6
Mukilteo, WA 98275

Date(s) debt was incurred  **8/14/2022**

Last 4 digits of account number  **5903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,073.68 |
|---|---|---|---|

**Bank of America**
PO Box 15796
Wilmington, DE 19886

Date(s) debt was incurred  _

Last 4 digits of account number  **2009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,062.36 |
|---|---|---|---|

**Bank of America**
PO Box 15796
Wilmington, DE 19886

Date(s) debt was incurred  _

Last 4 digits of account number  **7924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,720.16 |
|---|---|---|---|

**Bank of America**
PO Box 15796
Wilmington, DE 19886

Date(s) debt was incurred  _

Last 4 digits of account number  **3075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,653.70 |
|---|---|---|---|

**Beacon Building Products**
**19130 84th Ave S**
**Kent, WA 98032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/31/2022__

Basis for the claim: _

Last 4 digits of account number __3124__

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,441.84 |
|---|---|---|---|

**Becker Trucking Inc.**
**6350 S 143rd St**
**Tukwila, WA 98168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/30/2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,867.03 |
|---|---|---|---|

**BizX Barter Exchange**
**11820 Northup Way, Suite E108**
**Bellevue, WA 98005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4178__

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $962.50 |
|---|---|---|---|

**Bradley Arant Boult Cummings**
**PO Box 830709**
**Birmingham, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2/11/2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,449.87 |
|---|---|---|---|

**Builders Automation Machinery**
**12775 Starkey Road**
**Largo, FL 33773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/20/2022__

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,504.00 |
|---|---|---|---|

**Chinook Lumber**
**17606 State Route 9 SE**
**Snohomish, WA 98296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/22/2022__

Basis for the claim: _

Last 4 digits of account number __3333__

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,771.36 |
|---|---|---|---|

**Citi Bank**
**PO Box 78019**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __9814__

Is the claim subject to offset? ■ No ☐ Yes

Case 23-11023-TWD    Doc 1    Filed 06/01/23    Ent. 06/01/23 15:12:39    Pg. 23 of 63

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,080.67 |

**Continental Western Corp.**
PO Box 2418
San Leandro, CA 94577

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  4/22/2022

Basis for the claim: _

Last 4 digits of account number  7086

Is the claim subject to offset? ■ No  □ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,824.12 |

**Dell**
PO Box 5275
Carol Stream, IL 60197

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  5/4/2022

Basis for the claim: _

Last 4 digits of account number  5629

Is the claim subject to offset? ■ No  □ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,471.01 |

**Don Small & Sons**
PO Box 626
Auburn, WA 98071

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  2/23/2022

Basis for the claim: _

Last 4 digits of account number  6373

Is the claim subject to offset? ■ No  □ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,264.03 |

**Dunn Lumber Company**
PO Box 45550
Seattle, WA 98145

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  5/20/2022

Basis for the claim: _

Last 4 digits of account number  0581

Is the claim subject to offset? ■ No  □ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $786.12 |

**Epicor Software Corporation**
PO Box 204768
Dallas, TX 75320

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  7/14/2022

Basis for the claim: _

Last 4 digits of account number  2562

Is the claim subject to offset? ■ No  □ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,484.74 |

**Evergreen Lumber**
1325 Lloyd Parkway
Port Orchard, WA 98357

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  6/3/2022

Basis for the claim: _

Last 4 digits of account number  7145

Is the claim subject to offset? ■ No  □ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |

**Global Security Patrol**
24304 131st Ave SE
Kent, WA 98030

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred  6/1/2022

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  □ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.95 |
|---|---|---|---|

**Good To Go**
PO Box 34562
Seattle, WA 98124

Date(s) debt was incurred **5/3/2022**

Last 4 digits of account number **7841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,985.50 |
|---|---|---|---|

**Grainger**
6725 S Todd Blvd
Tukwila, WA 98188

Date(s) debt was incurred **4/1/2022**

Last 4 digits of account number **5568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,785.33 |
|---|---|---|---|

**H&E Equipment Services**
8810 South 208th St
Kent, WA 98031

Date(s) debt was incurred **6/26/2022**

Last 4 digits of account number **1965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $984.60 |
|---|---|---|---|

**Haulaway Storage Container**
PO Box 186
Stanton, CA 90680

Date(s) debt was incurred **6/20/2022**

Last 4 digits of account number **8358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,665.68 |
|---|---|---|---|

**Home Depot**
PO Box 9001043
Louisville, KY 40290

Date(s) debt was incurred **5/1/2022**

Last 4 digits of account number **5591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,601.65 |
|---|---|---|---|

**Incity Properties, Inc**
1421 34th Avenue, Suite 300
Seattle, WA 98122

Date(s) debt was incurred **5/31/2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,880.68 |
|---|---|---|---|

**Ironmill**
3500 W Valley N, B103
Auburn, WA 98001

Date(s) debt was incurred **5/16/2022**

Last 4 digits of account number **2519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,928.32 |

**Kabbage**
PO Box 77081
Atlanta, GA 30357

Date(s) debt was incurred  **01/20**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $761.42 |

**Les Schwab**
PO Box 35181
Seattle, WA 98124

Date(s) debt was incurred  **6/1/2022**

Last 4 digits of account number  **5051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,337.07 |

**Manor Hardware & Construction Supply**
21323 68th Ave W
Lynnwood, WA 98036

Date(s) debt was incurred  **3/18/2022**

Last 4 digits of account number  **N005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,374.40 |

**Maxim Crane**
PO Box 854389
Minneapolis, MN 55485

Date(s) debt was incurred  **6/28/2022**

Last 4 digits of account number  **8489**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,989.13 |

**McSweeney Steel Company**
1144 Thorne Road
Tacoma, WA 98421

Date(s) debt was incurred  **4/6/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,947.19 |

**Nelson Trucking Co**
PO Box 80323
Seattle, WA 98108

Date(s) debt was incurred  **3/14/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,493.43 |

**Omega Accounting**
27601 Forbes Rd, Unit 13
Laguna Niguel, CA 92677

Date(s) debt was incurred  **6/8/2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,638.01 |
|---|---|---|---|

**Omega Morgan**
PO Box 31001-2632
Pasadena, CA 91110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/18/2022**

Basis for the claim: _

Last 4 digits of account number **0405**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $137.63 |
|---|---|---|---|

**Pacific Office Automation**
14747 NW Greenbrier Pkwy
Beaverton, OR 97006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/8/2022**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,033.18 |
|---|---|---|---|

**Pape Material Handling**
PO Box 35144
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/28/2022**

Basis for the claim: _

Last 4 digits of account number **1309**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $337.95 |
|---|---|---|---|

**Precision Door**
20728 56th Avenue West
Lynnwood, WA 98036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/14/2022**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $487.00 |
|---|---|---|---|

**PUD Snohomish County**
PO Box 1107
Everett, WA 98206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2049**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,269.39 |
|---|---|---|---|

**Puget Sound Energy**
PO Box 91269
Bellevue, WA 98009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/28/2022**

Basis for the claim: _

Last 4 digits of account number **0938,9682,22**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.57 |
|---|---|---|---|

**Republic Services**
PO Box 78829
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/31/2022**

Basis for the claim: _

Last 4 digits of account number **5592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,911.73 |

**Roof Truss Supply**
**PO Box 532**
**Woodinville, WA 98072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/3/2022

Basis for the claim: _

Last 4 digits of account number  0079

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $794.15 |

**SeeSaw Services**
**5305 Shilshole Ave NW**
**Suite 100**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/6/2022

Basis for the claim: _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,357.45 |

**Snell Crane**
**333 Ronlee Lane NW**
**Olympia, WA 98502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/10/2022

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,201.47 |

**Snider Energy**
**PO Box 368**
**Sumner, WA 98390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/23/2022

Basis for the claim: _

Last 4 digits of account number  1001

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,852.25 |

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22/2022

Basis for the claim: _

Last 4 digits of account number  4584

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |

**SweeneyConrad**
**10210 NE Points Dr Suite 300**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/23/2022

Basis for the claim: _

Last 4 digits of account number  4611

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,216.00 |

**T-mobile**
**PO Box 742596**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2022

Basis for the claim: _

Last 4 digits of account number  3283

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Terra Staffing Inc.**
**1000 SE Everett Mall Way #301**
**Everett, WA 98208**

Date(s) debt was incurred  5/13/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,397.31 |
|---|---|---|---|

**Totem Steel Inc**
**6017 234th St SE**
**Woodinville, WA 98072**

Date(s) debt was incurred  2/14/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,996.81 |
|---|---|---|---|

**Truss Components**
**5232 Joppa Street SW**
**Tumwater, WA 98512**

Date(s) debt was incurred  8/12/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,373.47 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680**

Date(s) debt was incurred  2/23/2022

Last 4 digits of account number  3063

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,985.37 |
|---|---|---|---|

**Waste Management**
**PO Box 541065**
**Los Angeles, CA 90054**

Date(s) debt was incurred  5/1/2022

Last 4 digits of account number  3001,3008

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,212.05 |
|---|---|---|---|

**Weld Works**
**1426 S Jackson St**
**Seattle, WA 98144**

Date(s) debt was incurred  6/17/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,500.00 |
|---|---|---|---|

**West Coast Home Solutions**
**25030 SW Parkway Ave #110**
**Wilsonville, OR 97070**

Date(s) debt was incurred  2/7/2022

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Synergy Contractors Group LLC**          Case number (if known) _____
          ———————————————————————
          Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

<table>
<tr><td style="background:black;color:white">**Part 4:**</td><td>**Total Amounts of the Priority and Nonpriority Unsecured Claims**</td></tr>
</table>

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 354,903.83 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,213,108.32 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,568,012.15 |

Debtor name  **Synergy Contractors Group LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Equipment Finance Agreement for 2005 GMC W4500 Flatbed (VIN: J8DC4B165557002713) 36 month term signed 08/11/21** |
| State the term remaining | **360 Equipment Lease 300 Beardsley Land Building D Suite 201 Austin, TX 78746** |
| List the contract number of any government contract | |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest | **Equipment Finance Agreement for 2019 Ford F350 Super Duty Truck (VIN# 1FT8W3BT5KEG27728) 60 month term signed 11/16/21** |
| State the term remaining | **360 Equipment Lease 300 Beardsley Land Building D Suite 201 Austin, TX 78746** |
| List the contract number of any government contract | |
| 2.3.  State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for real property located at 8825 & 8835 S 228th St, Kent, WA 98031 64 month term 01/15/22 - 05/15/27** |
| State the term remaining | **8825 LLC PO Box 1045 Jackson, WY 83001** |
| List the contract number of any government contract | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement with Mandatory Purchase for M-20 Vista Angle Boss Miter Saw; software; vertex startup & onboarding 72 month term signed 08/09/21** |
| State the term remaining | **Amur Equipment Finance** |
| List the contract number of any government contract | **304 West 3rd St** <br> **Grand Island, NE 68801** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for real property located at 772 Industry Dr, Tukwila, WA 98188 37 month term commencing on 02/01/20** |
| State the term remaining | **BKM Anddover 118, LLC** <br> **c/o BKM Capital Partners, LLC** |
| List the contract number of any government contract | **1701 Quail St, Suite 100** <br> **Newport Beach, CA 92660** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Finance Agreement for 2022 Ironbull 822D014 (Serial No. 50HFP2222N1062578) 60 month term** |
| State the term remaining | **Blue Ridge Financial LLC** |
| List the contract number of any government contract | **Two Fountain Square** <br> **11921 Freedom Dr, Suite 1130** <br> **Reston, VA 20190** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Finance Agreement for Easy Frame Saw** |
| State the term remaining | **Blue Ridge Financial LLC** |
| List the contract number of any government contract | **Two Fountain Square** <br> **11921 Freedom Dr, Suite 1130** <br> **Reston, VA 20190** |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontract LIHI Cottage Community project located at 6343 NE 65th St, Seattle, WA 98115 signed 01/26/22** |
| State the term remaining | |
| List the contract number of any government contract | **Buchanan General Contracting 2200 112th Ave NE, Suite 160 Bellevue, WA 98004** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest | **Subcontract HSH Apartments located at Bellevue, WA signed 06/27/22** |
| State the term remaining | |
| List the contract number of any government contract | **Buchanan General Contracting 2200 112th Ave NE, Suite 160 Bellevue, WA 98004** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Lease Agreement for real property located at 6020 234th Street SE, Woodinville, WA 98072 04/01/21 to 03/31/23** |
| State the term remaining | |
| List the contract number of any government contract | **Kidder Mathews 500 108th Ave NE Suite 2400 Bellevue, WA 98004** |
| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Finance Agreement Handle Bar Router; Wall Panel LIft; Safety Spped Cut Model 6400 Vertical Panel Saw, Panel Saw SIlver Package, Used Viking Fastrac 12' Portable Sheathing Bridge with Max CN80 Coil Nailer, (16) Roach 10' Staggered Skatewheel Conveyor 60 month signed 04/28/22 05/02/22 to 05/02/27** |
| State the term remaining | |
| List the contract number of any government contract | **M2 Equippment Finance 175 N Patrick Blvd, Suite 140 Brookfield, WI 53045** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest    **Equipment Finance Agreement 2007 Freightliner flat bed knuckle boom truck (VIN 1FVHC5CV17HY56292); Pro-Lam PL238WF laminator and canon printer 48 month term 06/02/21 - 06/02/25** <br><br> State the term remaining <br><br> List the contract number of any government contract | **M2 Equipmment Finance 175 N Patrick Blvd, Suite 140 Brookfield, WI 53045** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest    **Equipment Finance Agreement 2 user computerease software 36 month term signed 06/18/20** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Navitas Credit Corp 203 Fort Wade Road, Ste 300 Ponte Vedra, FL 32081** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest    **Sublease Agreement for real property located at 772 Industry Dr, Tukwila, WA 98188 02/15/22 to 02/28/23** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Olympic Decks LLC 25005 98th Pl S, Apt C302 Kent, WA 98030** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest    **Subcontract Agreement Project Location: Theo Apartments 815 NE 66th St, Seattle, WA 98115** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Pavilion Construction NW LLC 1930 6th Ave S Suite 101 Seattle, WA 98134** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Subcontract Agreement Project Location: 1077 Main Street Apartments, Bellevue, WA 98004**

State the term remaining

List the contract number of any government contract

**Pavilion Construction NW LLC**
**1930 6th Ave S Suite 101**
**Seattle, WA 98134**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Subcontract Agreement Project Location: 4020 Bridgeport Way W, University Place, WA 98466**

State the term remaining

List the contract number of any government contract

**Pennon Construction Company**
**9750 3rd Ave NE, Suite 250**
**Seattle, WA 98115**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**Sale Contract 2019 Ram 2500 (VIN# 3C6UR5CL4KG615294)**

State the term remaining

List the contract number of any government contract

**Tacoma Dodge Chrysler Jeep**
**4101 South Tacoma Way**
**Tacoma, WA 98409**

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

**Construction Subcontract Agreement signed 10/08/21**

State the term remaining

List the contract number of any government contract

**Teak Construction LLC**
**18300 Redmond Way Suite 120**
**Redmond, WA 98052**

---

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Exclusive Authorization of Sublease Exclusive right to sublease real property located at 6019 234th St SE, Woodinville, WA 98072 07/14/22 to 10/31/22**

State the term remaining

List the contract number of any government contract

**The Andover Company Inc**
**900 SW 16th St, Suite 100**
**Renton, WA 98057**

---

Debtor name **Synergy Contractors Group LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **7Gen Components LLC** | **PO Box 68882 Tukwila, WA 98168** | **Umpqua Bank** | ■ D  **2.12** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **7Gen Components LLC** | **PO Box 68882 Tukwila, WA 98168** | **Umpqua Bank** | ■ D  **2.13** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **7Gen Components LLC** | **PO Box 68882 Tukwila, WA 98168** | **Umpqua Bank** | ■ D  **2.14** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **7Gen Components LLC** | **PO Box 68882 Tukwila, WA 98168** | **John James** | ■ D  **2.8** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Joshua Schaaf** | **1714 Harbor Pl NW Gig Harbor, WA 98335** | **Umpqua Bank** | ■ D  **2.12** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Synergy Contractors Group LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Joshua Schaaf<br>1714 Harbor Pl NW<br>Gig Harbor, WA 98335 | Umpqua Bank | ▪ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Joshua Schaaf<br>1714 Harbor Pl NW<br>Gig Harbor, WA 98335 | Umpqua Bank | ▪ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Joshua Schaaf<br>1714 Harbor Pl NW<br>Gig Harbor, WA 98335 | Blue Ridge Financial LLC | ☐ D _____<br>☐ E/F _____<br>▪ G __2.6__ |
| 2.9 | Joshua Schaaf<br>1714 Harbor Pl NW<br>Gig Harbor, WA 98335 | Blue Ridge Financial LLC | ☐ D _____<br>☐ E/F _____<br>▪ G __2.7__ |
| 2.10 | Joshua Schaaf<br>1714 Harbor Pl NW<br>Gig Harbor, WA 98335 | Amur Equipment Finance | ☐ D _____<br>☐ E/F _____<br>▪ G __2.4__ |

Fill in this information to identify the case:

Debtor name     **Synergy Contractors Group LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,749,910.16** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,736,336.84** |
| **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$3,865,168.94** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **8825 LLC**<br>**PO Box 1045**<br>**Jackson, WY 83001** | **02/01/23** | **$24,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__Rent__ |
| 3.2. | **Umpqua Bank**<br>**7777 Alvarado Road Suite 515**<br>**La Mesa, CA 91942** | **02/06/23** | **$66,287.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Bank of America**<br>**PO Box 15796**<br>**Wilmington, DE 19886** | Last 4 digits of account number: __7227__ | | **$4,000.00** |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Synergy Framing Services v. MM&M Contracting, Brandon Coronilla, and Juan Coronilla** 21-2-04677-7 SEA | **Breach of contract, unjust enrichment** | **King County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **WA State Labor & Industry v. Synergy Contractors Group** 22-2-11550-5 SEA | **Tax Warrant** | **King County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. **Chinook Lumber v. WA State Labor & Industry v. Synergy Contractors Group** 22-2-14849-7 SEA | **Commercial** | **King County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **WA State Labor & Industry v. Synergy Contractors Group** 22-2-18424-8 SEA | **Tax Warrant** | **King County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. **Lignum Forest Products v. Synergy Contractors Group and J. Schaaf** 22-2-20148-7 KNT | **Commercial** | **King County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. **WA State Labor & Industry v. Synergy Contractors Group** 22-2-20851-1 KNT | **Tax Warrant** | **King County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. **Seaphx v Synergy Contractors Group & J. Schaaf** 23-2-01404-9 KNT | **Unlawful Detainer** | **King County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Anew** 550 SW 7th St., Suite B305 Renton, WA 98057 | **Wood donation of 2x4 and 2x6** | 09/05/2021 | $4,314.15 |
| Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| **Tools lost from theft at SCG jobsites**<br>**Claim #23953084** | **$5,343.85** | | **$5,343.85** |
| **Tools lost from theft at SCG jobsites**<br>**Claim #23953109** | **$9,181.40** | | **$9,181.40** |
| **Tools lost from theft at SCG jobsites**<br>**Claim # 23953095** | **$3,403.65** | | **$3,403.65** |

<table>
<tr><td>**Part 6:**</td><td>**Certain Payments or Transfers**</td></tr>
</table>

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 05/04/22 ($3,871.00); 06/06/22 ($48.50); 07/06/22 ($478.00); 09/07/22 ($8,659.50); 10/11/22 ($11,943.00); 11/07/22 ($5,000.00); 12/07/22 ($2,527.50); 01/09/23 ($2,472.50); 01/26/23 ($2,267.50); 02/07/23 ($2,562.50); 03/08/23 ($400.00); 04/06/23 ($725.00); 05/04/23 ($2,845.00); 05/12/23 ($803.75); 05/15/23 ($2,296.25) | |
| | **Wenokur Riordan PLLC** **600 Stewart Street** **Suite 1300** **Seattle, WA 98101** | **Attorney Fees ($46,562.00)** **Filing Fee ($338)** | | **$46,900.00** |
| | **Email or website address** **faye@wrlawgroup.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **TEM, LLC** | **Trimble GPS - RTS673 Robatic Total Station** | **06/29/2022** | **$16,400.00** |
| | Relationship to debtor | | | |
| 13.2. | **EstiFrame Technologies, Inc 10471 Grant Line Road, Suite 100 Elk Grove, CA 95624** | **Small Easyframe Saw** | **03/09/2022** | **$27,930.98** |
| | Relationship to debtor | | | |
| 13.3. | **Gary Carter** | **Power Cart - HL 2060 Forklift** | **07/15/2021** | **$5,000.00** |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **772 Industry Drive Seattle, WA 98188** | **02/2020 - 02/2023** |
| 14.2. | **21415 87th Ave SE Woodinville, WA 98072** | **12/2020 - 03/2021** |
| 14.3. | **6020 234th St SE Woodinville, WA 98072** | **03/2021 - 03/2023** |
| 14.4. | **8825 South 228th St Kent, WA 98031** | **01/2022 - present** |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

---

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | **XXXX-1184** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **01/03/23 negative balance: -$83.45** | **$0.00** |
| 18.2. | **Commencement Bank**<br>**220 15th St NE**<br>**Auburn, WA 98002** | **XXXX-1580** | ☐ Checking<br>☐ Savings<br>☑ Money Market<br>☐ Brokerage<br>☐ Other___ | **07/23/22** | **$0.00** |
| 18.3. | **Commencement Bank**<br>**220 15th St NE**<br>**Auburn, WA 98002** | **XXXX-1919** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **07/23/22** | **$0.00** |
| 18.4. | **Commencement Bank** | **XXXX-1927** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **07/23/22** | **$0.00** |
| 18.5. | **Commencement Bank**<br>**220 15th St NE**<br>**Auburn, WA 98002** | **XXXX-2107** | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **04/08/22** | **$0.00** |

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.6. | **Umpqua Bank** | **XXXX-5711** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/09/23** | **$0.00** |
| 18.7. | **Umpqua Bank** | **XXXX-6204** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/09/23**<br>**negative**<br>**balance: -$951.31** | **$0.00** |
| 18.8. | **Umpqua Bank** | **XXXX-8752** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **03/09/23** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **7Gen Components LLC**<br>PO Box 68882<br>Tukwila, WA 98168 | **prefabrication/manufacturing** | **EIN:**   87-2784484<br><br>**From-To**   09/2021 - present |
| 25.2. | **Northwest Framing and Construction LLC**<br>4829 Gravelly Beach Loop NW<br>Olympia, WA 98502 | **framing/construction** | **EIN:**   **UBI: 603-265-500**<br><br>**From-To**   01/2013 - |
| 25.3. | **Synergy Framing Services** | **wood framing** | **EIN:**   81-2319869<br><br>**From-To**   04/16 - |

26.  **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Doty Group** <br> **1102 Broadway, Suite 400** <br> **Tacoma, WA 98402** | 08/18 - 04/21 |
| 26a.2. **Rachel Gould** | 05/20 - 09/20 |
| 26a.3. **Coeurbridge LLC** <br> **8843 132nd Pl NE** <br> **Redmond, WA 98052** | 02/21 - 04/21 |
| 26a.4. **Landau Consulting** <br> **3138 McCracken Lane** <br> **Castle Rock, CO 80104** | 04/21 - 07/22 |
| 26a.5. **Barry J Safeer, CPA LLC** <br> **5 Burlington Lane** <br> **East Brunswick, NJ 08816** | 07/21 - 02/23 |
| 26a.6. **Daymara Rivera** | 03/21 - 03/22 |
| 26a.7. **Brian Michaels** | 11/21 - 10/22 |
| 26a.8. **Jennifer Krause** | 10/20 - 10/22 |
| 26a.9. **Scott Krahling & Boyd Mitchell** <br> **Affinity Group CPA – Tax Accountant** <br> **12320 NE 8th St Ste 200** <br> **Bellevue, WA 98005** | 03/23 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Landau Consulting** <br> **3138 McCracken Lane** <br> **Castle Rock, CO 80104** | 04/21 - 07/22 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Coeurbridge LLC** <br> **8843 132nd Pl NE** <br> **Redmond, WA 98052** | 02/21 - 04/21 |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Barry J Safeer, CPA LLC** <br> **5 Burlington Lane** <br> **East Brunswick, NJ 08816** | 07/15 - 02/23 |

| Name and address | Date of service From-To |
|---|---|
| 26b.4. **Safeer Management** <br> **790 Southampton CT** <br> **Farmington, UT 84025** | 04/21 - 12/22 |

| Name and address | Date of service From-To |
|---|---|
| 26b.5.   **Sweeney Conrad**<br>**10210 NE Points Dr, Suite 300**<br>**Kirkland, WA 98033** | **01/22 - 07/22** |

| Name and address | Date of service From-To |
|---|---|
| 26b.6.   **Scott Krahling & Boyd Mitchell**<br>**Affinity Group CPA – Tax Accountant**<br>**12320 NE 8th St Ste 200**<br>**Bellevue, WA 98005** | **03/23 - present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.7.   **Jennifer Krause** | **10/20 - 10/22** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Safeer Management**<br>**790 Southampton CT**<br>**Farmington, UT 84025** | |
| 26c.2.   **Barry J Safeer, CPA LLC**<br>**5 Burlington Lane**<br>**East Brunswick, NJ 08816** | |
| 26c.3.   **Landau Consulting**<br>**3138 McCracken Lane**<br>**Castle Rock, CO 80104** | |
| 26c.4.   **Doty Group**<br>**1102 Broadway, Suite 400**<br>**Tacoma, WA 98402** | |
| 26c.5.   **Scott Krahling & Boyd Mitchell**<br>**Affinity Group CPA – Tax Accountant**<br>**12320 NE 8th St Ste 200**<br>**Bellevue, WA 98005** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Bank of America** |
| 26d.2.   **Commencement Bank** |
| 26d.3.   **Payro Financing** |
| 26d.4.   **Seattle Credit Union** |

| Name and address |
| --- |

26d.5.   **Umpqua Bank**

26d.6.   **10ak Financing**

26d.7.   **Banner Bank**

26d.8.   **Craft 3**

26d.9.   **Factor King**

26d.10.   **Denix Capital**

26d.11.   **Ace Partners**

26d.12.   **First Bank of the Lake**

26d.13.   **Fisher Enterprise**

26d.14.   **For a Financial**

26d.15.   **Fundwise**

26d.16.   **Hartford Capital Horizon Funding Group**

26d.17.   **Lendbase**

26d.18.   **Mulligan**

26d.19.   **NewTek**

26d.20.   **Parkview Advance**

26d.21.   **Quaker State Commercial Financing**

26d.22.   **Rapid Finance**

26d.23.   **Raven Capital**

| Name and address |
| --- |

26d.24. **Shelter Loan**

26d.25. **Thor Capital**

26d.26. **UpWise Capital**

26d.27. **US Business Funding**

26d.28. **Vertex Funding**

26d.29. **Woodlands National Bank**

26d.30. **Amur Equipment Finance**

26d.31. **Bluebridge Financial**

26d.32. **Capital Assist**

26d.33. **Founders First Capital Partners**

26d.34. **Channel Partners**

26d.35. **Lendio**

26d.36. **Everest Business Funding**

26d.37. **EIN Capital**

26d.38. **Fenix Capital Funding**

26d.39. **Financial Pacific**

26d.40. **Highland Hill Capital**

26d.41. **Loan Builder**

26d.42. **M2 Lease**

Case 23-11023-TWD    Doc 1    Filed 06/01/23    Ent. 06/01/23 15:12:39    Pg. 50 of 63

| Name and address |
| --- |

26d.43.    **360 Equipment Lease**

26d.44.    **Oak Advance**

26d.45.    **Premier Capital Funding**

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **Joshua Schaaf** | **04/02/23** | **$754,298.25 (cost basis)** |
| | Name and address of the person who has possession of inventory records | | |
| | **Synergy Contractors Group** | | |
| 27.2. | **Brian Michaels** | **06/30/22** | **$1,279,269.68 (cost basis)** |
| | Name and address of the person who has possession of inventory records | | |
| | **Synergy Contractors Group** **772 Industry Dr** **Tukwila, WA 98188** | | |
| 27.3. | **Brian Michaels** | **05/31/22** | **$998,669.73 (cost basis)** |
| | Name and address of the person who has possession of inventory records | | |
| | **Synergy Contractors Group** **772 Industry Dr** **Tukwila, WA 98188** | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Joshua Schaaf** | **1714 Harbor Pl NW** **Gig Harbor, WA 98335** | **CEO** | **100%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Joshua Schaaf<br>1714 Harbor Pl NW<br>Gig Harbor, WA 98335** | **$51,000.00** | **06/14/22** | **Payment to the IRS for Owner's personal taxes** |
| | **Relationship to debtor<br>Owner** | | | |
| 30.2. | **Joshua Schaaf<br>1714 Harbor Pl NW<br>Gig Harbor, WA 98335** | **$32,576.59** | **06/16/22** | **Down payment for owner's house 1714 Harbor Pl NW, Gig Harbor, WA 98335** |
| | **Relationship to debtor<br>Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 1, 2023**

/s/ Joshua Schaaf                                            Joshua Schaaf
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re **Synergy Contractors Group LLC**

Case No. _____

Debtor(s)

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify):   **Loan from 7Gen Components LLC**

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Ordinary and typical postpetition services, including communications with the trustee, provision of required documents, and attendance at the 341(a) meeting.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **All nonordinary services prior to the 341(a) meeting, and all post-meeting services.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  1, 2023**

*Date*

**/s/ Faye C. Rasch**

**Faye C. Rasch**
*Signature of Attorney*
**Wenokur Riordan PLLC**
**600 Stewart Street**
**Suite 1300**
**Seattle, WA 98101**
**2067240846**
**faye@wrlawgroup.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of Washington

In re  **Synergy Contractors Group LLC**

Debtor(s)

Case No. _____

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June  1, 2023**

**/s/ Joshua Schaaf**

**Joshua Schaaf/CEO**
Signer/Title

360 EQUIPMENT FINANCE
300 BEARDSLEY LAND
BUILDING D SUITE 201
AUSTIN, TX 78746


360 EQUIPMENT LEASE
300 BEARDSLEY LAND
BUILDING D SUITE 201
AUSTIN, TX 78746


7GEN COMPONENTS LLC
PO BOX 68882
TUKWILA, WA 98168


8825 LLC
PO BOX 1045
JACKSON, WY 83001


ACY - DEUCY CRANE
3424 SO. 256TH ST
KENT, WA 98032


ADT COMMERCIAL
PO BOX 382109
PITTSBURGH, PA 15251


ALDERWOOD WATER & WASTEWATER
PO BOX 35113
SEATTLE, WA 98124-5113


AMUR EQUIPMENT FINANCE
304 WEST 3RD ST
GRAND ISLAND, NE 68801


ARROW LUMBER & HARDWARE
28280 HWY 410 E
BUCKLEY, WA 98321


ATLAS CUSTOM FRAMING
22015 87TH AVE W
EDMONDS, WA 98026


AWB HEALTHCHOICE
PO BOX 6
MUKILTEO, WA 98275

BANK OF AMERICA
PO BOX 15796
WILMINGTON, DE 19886


BEACON BUILDING PRODUCTS
19130 84TH AVE S
KENT, WA 98032


BECKER TRUCKING INC.
6350 S 143RD ST
TUKWILA, WA 98168


BIZX BARTER EXCHANGE
11820 NORTHUP WAY, SUITE E108
BELLEVUE, WA 98005


BKM ANDDOVER 118, LLC
C/O BKM CAPITAL PARTNERS, LLC
1701 QUAIL ST, SUITE 100
NEWPORT BEACH, CA 92660


BLUE BRIDGE FINANCIAL
TWO FOUNTAIN SQUARE
11921 FREEDOM DRIVE, STE 1130
RESTON, VA 20190


BLUE RIDGE FINANCIAL LLC
TWO FOUNTAIN SQUARE
11921 FREEDOM DR, SUITE 1130
RESTON, VA 20190


BRADLEY ARANT BOULT CUMMINGS
PO BOX 830709
BIRMINGHAM, AL 35283


BUCHANAN GENERAL CONTRACTING
2200 112TH AVE NE, SUITE 160
BELLEVUE, WA 98004


BUILDERS AUTOMATION MACHINERY
12775 STARKEY ROAD
LARGO, FL 33773

CHANNEL PARTNERS LLC
6433 SYCAMORE CT
OSSEO, MN 55369


CHINOOK LUMBER
17606 STATE ROUTE 9 SE
SNOHOMISH, WA 98296


CITI BANK
PO BOX 78019
PHOENIX, AZ 85062


CONTINENTAL WESTERN CORP.
PO BOX 2418
SAN LEANDRO, CA 94577


DELL
PO BOX 5275
CAROL STREAM, IL 60197


DEPARTMENT OF LABOR & INDUSTRIES
PO BOX 34974
SEATTLE, WA 98124


DON SMALL & SONS
PO BOX 626
AUBURN, WA 98071


DUNN LUMBER COMPANY
PO BOX 45550
SEATTLE, WA 98145


EMPLOYMENT SECURITY DEPARTMENT
PO BOX 34949
SEATTLE, WA 98124


EPICOR SOFTWARE CORPORATION
PO BOX 204768
DALLAS, TX 75320


EVERGREEN LUMBER
1325 LLOYD PARKWAY
PORT ORCHARD, WA 98357

```
FIRST FOUNDATION BANK
18101 VON KARMEN AVE STE 750
IRVINE, CA 92612


GLOBAL SECURITY PATROL
24304 131ST AVE SE
KENT, WA 98030


GOOD TO GO
PO BOX 34562
SEATTLE, WA 98124


GRAINGER
6725 S TODD BLVD
TUKWILA, WA 98188


H&E EQUIPMENT SERVICES
8810 SOUTH 208TH ST
KENT, WA 98031


HAULAWAY STORAGE CONTAINER
PO BOX 186
STANTON, CA 90680


HOME DEPOT
PO BOX 9001043
LOUISVILLE, KY 40290


INCITY PROPERTIES, INC
1421 34TH AVENUE, SUITE 300
SEATTLE, WA 98122


IRONMILL
3500 W VALLEY N, B103
AUBURN, WA 98001


JOHN JAMES
2929 ALLEN PKWY STE 3300
HOUSTON, TX 77019


JOSHUA SCHAAF
1714 HARBOR PL NW
GIG HARBOR, WA 98335
```

KABBAGE
PO BOX 77081
ATLANTA, GA 30357


KIDDER MATHEWS
500 108TH AVE NE SUITE 2400
BELLEVUE, WA 98004


LES SCHWAB
PO BOX 35181
SEATTLE, WA 98124


LIGNUM FOREST PRODUCTS
PO BOX 843595
LOS ANGELES, CA 90084


M2 EQUIPMMENT FINANCE
175 N PATRICK BLVD, SUITE 140
BROOKFIELD, WI 53045


MANOR HARDWARE & CONSTRUCTION SUPPLY
21323 68TH AVE W
LYNNWOOD, WA 98036


MAXIM CRANE
PO BOX 854389
MINNEAPOLIS, MN 55485


MCSWEENEY STEEL COMPANY
1144 THORNE ROAD
TACOMA, WA 98421


MILLER NASH
2801 ALASKAN WAY, STE 300
SEATTLE, WA 98121


NAVITAS CREDIT CORP
203 FORT WADE ROAD, STE 300
PONTE VEDRA, FL 32081


NELSON TRUCKING CO
PO BOX 80323
SEATTLE, WA 98108

OLYMPIC DECKS LLC
25005 98TH PL S, APT C302
KENT, WA 98030


OMEGA ACCOUNTING
27601 FORBES RD, UNIT 13
LAGUNA NIGUEL, CA 92677


OMEGA MORGAN
PO BOX 31001-2632
PASADENA, CA 91110


PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006


PAPE MATERIAL HANDLING
PO BOX 35144
SEATTLE, WA 98124


PAVILION CONSTRUCTION NW LLC
1930 6TH AVE S SUITE 101
SEATTLE, WA 98134


PENNON CONSTRUCTION COMPANY
9750 3RD AVE NE, SUITE 250
SEATTLE, WA 98115


PRECISION DOOR
20728 56TH AVENUE WEST
LYNNWOOD, WA 98036


PUD SNOHOMISH COUNTY
PO BOX 1107
EVERETT, WA 98206


PUGET SOUND ENERGY
PO BOX 91269
BELLEVUE, WA 98009


REPUBLIC SERVICES
PO BOX 78829
PHOENIX, AZ 85062

ROOF TRUSS SUPPLY
PO BOX 532
WOODINVILLE, WA 98072


SCHWEET LINDE
575 S MICHIGAN ST
SEATTLE, WA 98108


SEESAW SERVICES
5305 SHILSHOLE AVE NW
SUITE 100
SEATTLE, WA 98107


SNELL CRANE
333 RONLEE LANE NW
OLYMPIA, WA 98502


SNIDER ENERGY
PO BOX 368
SUMNER, WA 98390


SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA 30384


SWEENEYCONRAD
10210 NE POINTS DR SUITE 300
KIRKLAND, WA 98033


T-MOBILE
PO BOX 742596
CINCINNATI, OH 45274


TACOMA DODGE CHRYSLER JEEP
4101 SOUTH TACOMA WAY
TACOMA, WA 98409


TEAK CONSTRUCTION LLC
18300 REDMOND WAY SUITE 120
REDMOND, WA 98052


TERRA STAFFING INC.
1000 SE EVERETT MALL WAY #301
EVERETT, WA 98208

THE ANDOVER COMPANY INC
900 SW 16TH ST, SUITE 100
RENTON, WA 98057


TOTEM STEEL INC
6017 234TH ST SE
WOODINVILLE, WA 98072


TRUSS COMPONENTS
5232 JOPPA STREET SW
TUMWATER, WA 98512


ULINE
PO BOX 88741
CHICAGO, IL 60680


UMPQUA BANK
7777 ALVARADO ROAD SUITE 515
LA MESA, CA 91942


WA DEPARTMENT OF REVENUE
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121


WA DEPT LABOR & INDUSTRIES
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504


WASTE MANAGEMENT
PO BOX 541065
LOS ANGELES, CA 90054


WELD WORKS
1426 S JACKSON ST
SEATTLE, WA 98144


WEST COAST HOME SOLUTIONS
25030 SW PARKWAY AVE #110
WILSONVILLE, OR 97070

# United States Bankruptcy Court
## Western District of Washington

In re   **Synergy Contractors Group LLC**
_____

Debtor(s)

Case No. _____

Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Synergy Contractors Group LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June  1, 2023**
_____

Date

**/s/ Faye C. Rasch**
_____

**Faye C. Rasch**

Signature of Attorney or Litigant

Counsel for   **Synergy Contractors Group LLC**
_____

**Wenokur Riordan PLLC**
**600 Stewart Street**
**Suite 1300**
**Seattle, WA 98101**
**2067240846**
**faye@wrlawgroup.com**